UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TURK,

                        Plaintiff(s),                    **ORDER**

           - against -                                  16 Civ. 2075 (NSR)

GREENBURGH CENTRAL SCHOOL DISTRICT, et al.,

                        Defendant(s).

-------------------------------------------------------------X

Román, D.J.:

        The Court having been advised that all claims asserted herein have been settled, it

is

        ORDERED, that the Motion in Limine (ECF No. 58) is denied as moot. The Clerk

of the Court requested to terminate the motion (ECF No. 58). It is further

        ORDERED, that the jury selection/trial scheduled to commence on February 24, 2020

is cancelled. It is further

        ORDERED, that the above-entitled action be and hereby is discontinued, without

costs to either party, subject to reopening should the settlement not be consummated within forty-

five (45) days of the date hereof.

        The parties are advised that if they wish the Court to retain jurisdiction in this matter

for purposes of enforcing any settlement agreement, they must submit the settlement agreement to

the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

SO ORDERED.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2 21 2020

Dated:   White Plains, New York
         February 21, 2020

                                                _____
                                                Nelson S. Román, U.S.D.J.